**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CASEY KITAGAWA and BRANDON SHELDON, *individually and on behalf of all others similarly situated*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | CIVIL ACTION NO. H-17-726 |
| DRILFORMANCE, LLC, | § § | |
| Defendant. | § | |

**FINAL JUDGMENT AND ORDER SETTING A HEARING**

On April 27, 2018, the court issued a Memorandum and Order granting summary judgment for Drilformance on the plaintiffs' claims, and Drilformance submitted a bill of costs 14 days later. (Docket Entries No. 43, 44). Drilformance conferred with the plaintiffs about the bill of costs and about filing an agreed dismissal order. The parties were not able to reach an agreement about the dismissal order or the bill of costs. Although the April 27, 2018 Memorandum and Order resolved the claims as a matter of law, the court did not enter a final judgment. This is a final judgment. The plaintiffs' claims are dismissed, with prejudice.

A status conference about the bill of costs is set for **March 29, 2018 at 4:00 p.m.**

SIGNED on May 15, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge